# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTY SCOTT FITZGERALD., | |
| Plaintiff, | 3:09-CV-00286-RCJ-VPC |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (ECF No. 30) ("Recommendation") entered on September 2, 2011, in which the Magistrate Judge recommends that this Court grant Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Failure to Notify the Court of Plaintiff's Change of Address (ECF No. 24) and Plaintiff's First Amended Complaint (ECF No. 14) be dismissed with prejudice. No objection to the Report and Recommendation has been filed.

## I. Discussion

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1]  Nevertheless, the statute does not

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

1  "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474
2  U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any
3  review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the
4  Ninth Circuit has recognized that a district court is not required to review a magistrate judge's
5  report and recommendation where no objections have been filed. See United States v. Reyna-
6  Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the
7  district court when reviewing a report and recommendation to which no objections were made);
8  see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth
9  Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to
10 review "any issue that is not the subject of an objection."). Thus, if there is no objection to a
11 magistrate judge's recommendation, then this Court may accept the recommendation without
12 review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate
13 judge's recommendation to which no objection was filed).

    In this case, there have been no objections filed to the Magistrate Judge's Report and
Recommendation. Although no objection was filed, this Court has reviewed the Report and
Recommendation (ECF No. 30) and accepts it. Accordingly,

    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's First Amended
Complaint for Failure to Notify the Court of Plaintiff's Change of Address (ECF No. 24) is
GRANTED.

    IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint (ECF No. 14) is
DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

    IT IS SO ORDERED.

    DATED: This __ 4th __ day of November, 2011.

_____
ROBERT C. JONES
Chief District Court Judge