AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MARTY SCOTT FITZGERALD,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER:   **3:09-CV-00286-RCJ-VPC**

STATE OF NEVADA, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint (#14) is **DISMISSED WITH PREJUDICE.**

November 7, 2011                           **LANCE S. WILSON**
                                                                           Clerk

                                                                        /s/ D. R. Morgan
                                                                          Deputy Clerk