AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

MARTY SCOTT FITZGERALD,

    Plaintiff,

V.

STATE OF NEVADA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00286-RCJ-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint (#14) is **DISMISSED WITH PREJUDICE.**

November 7, 2011

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk